

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA ANDREA CAVIEDES SUAREZ,<br><br>                                    Petitioner,<br><br>v.<br><br>U.S. ICE, DHS; CHRISTOPHER J. LAROSE, Warden of Otay Mesa Detention Center; GREGORY J. ARCHAMBEAULT, Field Office Director,<br><br>                                    Respondents. | Case No.:  26cv2850 DMS (JLB)<br><br>**ORDER GRANTING PETITION** |

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return stating they "do[ ] not oppose the petition and defer[ ] to the Court on the appropriate relief." (Return at 2-3.)  Accordingly, Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration judge within fourteen (14) days of this Order unless Petitioner requests a continuance.  At that bond hearing, the Government shall have the burden of proving by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight if released on bond.  Respondents shall file a Joint Status Report within twenty-one (21) days of this

Order's entry confirming Petitioner received a bond hearing and setting out the results thereof.

**IT IS SO ORDERED.**

Dated:  June 11, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv2850 DMS (JLB)